1  Tod L. Gamlen, State Bar No. 83458
2  Keith L. Wurster, State Bar No. 198918
   **BAKER & McKENZIE LLP**
3  660 Hansen Way
   Palo Alto, CA 94304-1044
   Telephone: +1 650 856 2400
4  Facsimile: +1 650 856 9299

5  Attorneys for Defendant
   ODESK CORPORATION AND JOSH
6  BRIENLINGER

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NET ENFORCERS, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>ODESK CORPORATION, a California corporation, JOSH BREINLINGER, and JOHN AND JANE DOE,<br><br>Defendant. | Case No. CV-07-00271 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff NET ENFORCERS, INC. ("NEI"), a Florida corporation, and the Defendants, ODESK CORPORATION ("oDesk"), a California corporation, and JOSH BRIENLINGER ("BREINLINGER"), an individual, by and through their respective counsel hereby agree as follows:

**RECITALS**

WHEREAS on or about September 20, 2006 NEI filed a Complaint in the Maricopa County Superior Court for the State of Arizona;

WHEREAS Defendants oDesk and BREINLINGER (referred to collectively as "Defendants") subsequently removed the matter to the United States District Court for the District of Arizona and then filed a Motion to Dismiss or in the Alternative to Transfer Venue;

WHEREAS on or about December 26, 2006 the parties filed a Stipulation to transfer the

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/343078.1

Case No CV2006-014275
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

matter to this Court;

WHEREAS on or about January 17, 2007 the matter was transferred to this Court;

WHEREAS, all the parties to this case have agreed to a settlement in principle and are in the process of finalizing the terms of a settlement agreement;

WHEREAS, a Case Management Conference is currently set to be held before this Court on May 7, 2007 at 10 AM;

WHEREAS the parties to this Stipulation believe it would further judicial economy and save each of the parties the expense of preparing and filing a Joint Case Management Conference Statement and from preparing for and attending the Case Management Conference;

WHEREAS, the parties to this Stipulation have agreed to the following:

## STIPULATION

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Subject to the Court's approval, to remove form the Court's calendar the Case Management Conference currently scheduled for May 7, 2007 and to have such hearing delayed at least 30 days to permit the parties to focus their efforts on finalizing a settlement agreement which will include the filing of a Stipulation of Dismissal with this Court. In addition, the parties FURTHER STIPULATE that in the unlikely event this matter does not settle prior to the date of the rescheduled Case Management Conference Statement, the parties will submit a Joint Case Management Conference Statement at least seven (7) calendar days prior to such rescheduled hearing.

Dated: April 30, 2007     BAKER & McKENZIE LLP


By: /s/ Keith L. Wurster, Esq.
    Keith L. Wurster
    Attorneys for Defendants
    ODESK CORPORATION and JOSH
    BRIENLINGER

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No CV2006-014275
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

PALDMS/343078.1

1  Dated: April 30, 2007                    KEATS McFARLAND & WILSON LLP
2
3                                           By: _____
4                                               Kevin Harr
                                                Attorneys for Plaintiff
                                                NET ENFORCERS, INC.
5
6
7                                    **ORDER**

8       The Court having considering the Stipulation above and good cause appearing therefore, IT

9  IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 7,

10 2007 is hereby taken off calendar. The Case Management Conference shall be rescheduled for June

11 4, 2007 at 10 AM, the parties shall file a Joint Case Management Conference Statement ~~seven (7)~~ ten (10)

12 calendar days prior to this date, however, should the parties file a Stipulation of Dismissal prior to

13 such hearing the hearing shall be removed from the Court's calendar and the parties shall be excused

14 from filing the Joint Case Management Conference Statement.

15      IT IS SO ORDERED.

16 Dated: _____May 1_____, 2007            _____
17                                          The Honorable James Ware

3

Case No CV2006-014275
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
PALDMS/343078.1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400